# ELECTRONIC RECORD

581-15
582-15

COA # 05-13-00546-CR  OFFENSE: 22.02

STYLE: Edgar Alberto Romo v. The State of Texas  COUNTY: Collin

COA DISPOSITION: AFFIRM  TRIAL COURT: 199th Judicial District Court

DATE: 04/17/2015  Publish: NO  TC CASE #: 199-82866-2012

# IN THE COURT OF CRIMINAL APPEALS

581-15
582-15

STYLE: Edgar Alberto Romo v. The State of Texas

APPELLANT'S Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 10/14/2015

JUDGE: Per Curiam

CCA #: 582-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____  PC: _____

PUBLISH: _____  DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD